March 12, 2020

Hon. Steven Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 13 2020 ★
BROOKLYN OFFICE

Re: <u>Roy v. Delta Air Lines, Inc.</u>
No. 1:17-cv-04088-RRM-ST

Dear Judge Tiscione,

In response to the letter from defendant Delta Air Lines, informing of its decision to opt out of mediation referral on subject case, I respectfully manifest that I too find myself unable to continue pursuing mediation at this time. I remain hopeful for a reasonable and expedient conclusion to this matter; unfortunately, I have not received any proposition from defendants that warrants consideration.

Sincerely,

Robert G. Roy
7 Eskivellir
Hafnarfjordur, Iceland
(email: philforum96@yahoo.com)

cc: Gary A. Gardner, Esq. (via email to gardner@skinnerlawgroup.com)
200 Broadhollow Road Suite 207
Melville NY 11747



RECEIVED MAR 13 2020 PRO SE OFFICE